UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT FRIEDMAN, individually and on behalf of other similarly situated persons,

        Plaintiff,

  v.

THE REAL ESTATE BOARD OF NEW YORK, INC., DOUGLAS ELLIMAN INC., CHRISTIE'S INTERNATIONAL REAL ESTATE LLC, CORCORAN GROUP LLC, SOTHEBY'S INTERNATIONAL REALTY AFFILIATES LLC, BROWN HARRIS STEVENS RESIDENTIAL SALES, LLC, BROWN HARRIS STEVENS BROOKLYN, LLC, SERHANT LLC, COMPASS, INC., NEST SEEKERS LLC, THE AGENCY IP HOLDING CO, LLC d/b/a THE AGENCY RE, ELEGRAN LLC, ENGEL & VOLKERS NEW YORK REAL ESTATE LLC, R NEW YORK REAL ESTATE LLC, ANYWHERE REAL ESTATE INC., TERRA HOLDINGS, LLC, TDG-TREGNY, LLC d/b/a/ MNS, and LESLIE J. GARFIELD & CO. INC.

        Defendants.

Case No.: 1:24-cv-00405-JGLC-RWL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/2024

## ORDER GRANTING THE PARTIES' JOINT MOTION FOR A STAY OF PROCEEDINGS

This matter having come before the Court upon a Joint Motion by Defendants The Real Estate Board of New York ("REBNY"), Brown Harris Stevens Residential Sales, LLC, Brown Harris Stevens Brooklyn, LLC, Terra Holdings, LLC, Douglas Elliman, Inc., Engel & Völkers New York Real Estate LLC, Leslie J. Garfield & Co., Inc., Compass Inc., Suitey, Inc. (incorrectly identified as The Agency IP Holdco, LLC) d/b/a The Agency RE, and Serhant LLC

1

(collectively, the "Moving Defendants") and Plaintiff Robert Friedman, and the Court having reviewed the record and being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that the Joint Motion for an Extension of Time to Respond to the Complaint and for a Stay of Proceedings is GRANTED, and that Defendants' deadline to answer, move or otherwise respond to the Complaint is extended until after the Parties provide the Court with a schedule following the JPML's ruling on the Transfer Motion (if this Action remains in this District); and that all proceedings and deadlines in this Action are stayed pending the Judicial Panel on Multidistrict Litigation's ("JPML") ruling of the pending Motion to Transfer pursuant to 28 U.S.C. § 1407 ("Transfer Motion").

**IT IS FURTHER ORDERED** that the Parties advise the Court within five (5) business days of the JPML's ruling on the Transfer Motion, and that if the JPML orders that this Action remain in this Court, the Parties will contemporaneously submit a motion to dismiss briefing schedule.

So ordered this __20__ day of __February__, 2024.

_____
Honorable Robert W. Lehrburger
United States Magistrate Judge