

**Lieb at Law, P.C.**
308 W. Main Street, Suite 100
Smithtown, New York 11787

Phone: 646.216.8009
Fax: 631.878.4460
www.LiebatLaw.com
Email: info@liebatlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/05/2024

December 5, 2024

**VIA ECF**
Hon. Robert W. Lehrburger, U.S.M.J
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:   *March v. Real Estate Board of New York*, et al., 23-cv-09995 (JGLC)(RWL)
           *Friedman v. Real Estate Board of New York, et al.*, 24-cv-00405 (JGLC)(RWL)

Dear Your Honor:

    We write on behalf of defendant Serhant LLC and jointly with the plaintiffs in the above-referenced actions to respectfully request that the Court enter an order extending the stay of the action as against defendant Serhant LLC, as set forth in the accompanying proposed Stipulation and Order to Stay Proceedings (**Exhibit A**).

    We thank the Court for its consideration.

                                              Respectfully submitted,

                                                 /s/
                                                 Cheryl L. Berger

Cc.: All appearing parties (via ecf)

                                          Granted.

                                          SO ORDERED:

                                          12/05/2024

                                          HON. ROBERT W. LEHRBURGER
                                          UNITED STATES MAGISTRATE JUDGE